IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00713-WJM-MJW

DONNA WEISE,

Plaintiff(s),

v.

EISAI, INC., a Delaware corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Partially Unopposed Motion to Vacate and Re-Set Scheduling Conference [Docket No. **9**] filed with the court April 13, 2011, is GRANTED.

It is further ORDERED that the Scheduling/Planning Conference set July 12, 2011 at 8:30 a.m.  is VACATED and RESET to August 15, 2011 at 9:00 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294.  Parties shall submit their joint proposed scheduling order and confidential settlement statements no later than five (5) days prior to the conference.

Date:   April 18, 2011