IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-00713-WJM-MJW

DONNA WEISE,

        Plaintiff,

v.

EISAI, INC.,

        Defendant.

---

**ORDER RE DEFENDANT'S UNOPPOSED MOTION TO STAY DISCOVERY**
( Docket No. 23 )

---

Upon consideration of Defendant's Unopposed Motion to Stay Discovery, filed on August 12, 2011, the Court hereby orders that:

The Motion is GRANTED. All discovery is hereby stayed in this case pending the ~~conclusion of mediation and the~~ District Court's ruling on Defendant's Motion to Dismiss ( Docket No. 7 )

DATED: August 15th, 2011

                                BY THE COURT:

                                MICHAEL J. WATANABE
                                U.S. MAGISTRATE JUDGE
                                DISTRICT OF COLORADO