IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00713-WJM-MJW

DONNA WEISE,

Plaintiff(s),

v.

EISAI, INC., a Delaware corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Lift Discovery Stay and Request for a Forthwith Ruling (docket no. 30) is DENIED WITHOUT PREJUDICE for failing to comply with D.C.COLO.LCivR 7.1 A.

Date:  October 20, 2011