IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-00713-WJM-MJW

DONNA WEISE,

Plaintiff(s),

v.

EISAI, INC., a Delaware corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Lift Discovery Stay and Request for a Forthwith Ruling (docket no. 33) is DENIED for those reasons as outlined in the Response (docket no. 36) and for the reason stated in this court's Order (docket no. 27).  Defendant's Motion to Dismiss (docket no. 7) is fully briefed as of June 10, 2011, and ready for ruling by Judge Martinez.

Date:  November 9, 2011